

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 16 2025

KEVIN P WEIMER, Clerk
By: Matthew H, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN | : |
| | : Civil Action No:1:24-cv-3922-SDG |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MENSUSA LLC d/b/a MENS USA.COM | : |
| | : |
| Defendant | |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed.R.Civ.P. Rule 55(a) Plaintiff requests that a Clerk's Entry of Default be entered MENSUSA LLC d/b/a MENSUSA.COM, for failure to plead or otherwise defend. Fed. R. Civ. 55(a) (When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk **must** enter the party's default)

## AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

1. I am the Plaintiff in the above-captioned action. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify to the truth thereof.

2. Plaintiff made proper service of summons and Complaint to the Defendant MENSUSA LLC d/b/a MENSUSA.COM on September 5, 2024, as evidenced by the process receipt and return by a certified process server (Exhibit A)

3. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, MENSUSA LLC d/b/a MENSUSA.COM was given 21 days, until September 26th, 2024 to serve an answer or otherwise respond to Plaintiff's Complaint. Service upon a corporation is accomplished by delivering a copy of the summons to any agent authorized by appointment or by law to receive service of process. See Federal Rules of Civil Procedure 4(h)(1)(B).

4. Up until this very day, Plaintiff has not been served with a copy of any pleading.

5. Defendant is not in the military service

6. Defendant is neither a minor nor an incompetent person

7. Based on the foregoing, I respectfully request that the Clerk enter default pursuant to the rules of the Court.

FURTHER AFFIANT SAYETH NAUGHT

Respectfully submitted,

Ricky R. Franklin, Affiant

_____

Signature

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
678-650-3733
rrfrank12@hotmail.com


Sworn to and subscribed before me
this 10 day of April, 2025.

_____
Notary Public
My Commission Expires: 07/19/2027

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent US Mail 1st Class postage on April 10, 2025 to Defendant or Agent listed below[1]:

MENSUSA LLC d/b/a MENSUSA.COM

**Registered Agent – Ashkan Y. Mashhadian**

**1717 Malcom Ave PH 1**

**Los Angeles, CA 90024**

Plaintiff, Pro-Se

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RICKY R. FRANKLIN )
)
)
)
*Plaintiff(s)* )
v. )    Civil Action No.
MENS USA, LLC D/B/A )
MENSUSA.COM )
)    **1 : 24 -CV- 3 9 2 2**
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MENS USA, LLC D/B/A
MENSUSA.COM
Registered Agent - Ashkan Y. Mashhadian
1717 Malcom Ave, STE PH1
LOS ANGELES, CA 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

CLERK OF COURT

Date: 9/3/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-3922

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for MensUSA LLC
was recieved by me on 9/04/2024:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on Ashkan Y. Mashhadian, who is designated by law to accept service of process on behalf of MensUSA LLC at 1717 Malcolm Ave PH 1, Los Angeles, CA 90024 on 09/05/2024 at 12:46 PM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: September 10th, 2024

Server's signature

**Andy Guerridos**
Printed name and title

5248 pendleton avenue
#22
Southgate, CA 90280

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Ashkan Y. Mashhadian, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Middle Eastern male contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with an accent.





Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281






CLEARED DATE
APR 16 2025
U.S. Marshals Service
Atlanta, GA 30303

Clerk of Court
2211 U.S. Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303